BRUCE A. HARLAND, Bar No. 230447
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501-1091
Telephone 510.337.1001
Fax 510.337.1023

Attorneys for Petitioner

**IT IS SO ORDERED**

Judge Vaughn R Walker

4/29/08

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEIU 250 HEALTH CARE WORKERS UNION LOCAL 250, AFL-CIO, | )  No.    C-05-2718 VRW )<br>) NOTICE OF DISMISSAL WITH<br>) PREJUDICE |
| Petitioner, | ) |
| v. | )<br>) |
| PRISON HEALTH SERVICES, INC., | )<br>) |
| Respondent. | )<br>) |

NOTICE IS HEREBY GIVEN that, Petitioner SEIU 250 HEALTH CARE WORKERS

UNION LOCAL 250, AFL-CIO, pursuant to a settlement of the above-entitled action, voluntarily

dismisses Defendant in the above-captioned action with prejudice.

Dated: April 24, 2008

WEINBERG, ROGER & ROSENFELD
A Professional Corporation

By:  /s/ BRUCE A. HARLAND
      BRUCE A. HARLAND
      Attorneys for Petitioner

112045/490458

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

Notice of Dismissal Without Prejudice, Case No. C-05-2718 VRW